per mee Richard Way<br>Athorney as afforsaid

Depositions, bills of costs, etc., are on file in S. F. 1692. 3–10.

The Court of Assistants (Records, i. 113) reversed the former judgment and found for Smith with 35s 8d costs.]

### HAYWARD ag^t HOLBROOKE

Samuel Hayward plaint. ag^t John Holbrooke Jun^r Def^dt in an action of the case for the non payment of ten pounds in New-England mony due to the s^d Hayward as appeares by an Obligatory bill bearing date. 3^d April: 1675. with interest & all other due damages etc. . . . The Jury . . . found for the plaint. ten pounds mony according to bill & costs of Court.

### EDWARDS agt. NASH

Thomas Edwards or his certain Attourny plaint. ag^t James Nash Defend^t in an action of the case for breach of Covenant dat^d in Octob^r 1673. in which Covenant the s^d Nash was obliged to Erect and build for the s^d Edwards a wharfe according to the dimentions in the s^d Covenant expressed and fill it & make Slip unto it which hee hath not done whereby the plaint. is greatly damnified with all other due damages &c. . . . [ 487 ] The Jury . . . found for the plaint. three pounds ten Shillings in mony and costs of Court, grant^d twenty six Shillings.

### LEGG ag^t MEERES

Samuel Legg plaint. agt. James Meeres Defend^t in an action of the case for that hee the s^d Meers refuseth to pay unto the s^d Legg the Summe of twelve pounds in mony or thereabouts due for disburstments upon John Meers in the time of his Sickness in London and for his funerall charges there to which John Meeres the s^d James Meeres was by the County Court of Suffolke approved to bee Guardian and as so entred upon possessed & improved the Estate which belonged to the s^d John Meeres &c. with due damages. . . . The

Jury . . . found for the plaint. Eleven pounds Seventeen Shillings Seven pence mony & costs of Court grant$^d$ two & twenty Shillings & ten pence.